IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN 20 PM 2: 21

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

AMERICAN COMMERCIAL BARGE LINE,

    Plaintiff,

VS.                                                  NO. 04-2001-Ma

FLEISCHMANN'S YEAST, ET AL.,

    Defendants.

---

ORDER RESETTING CONFERENCE

---

A pretrial conference was set in this matter on June 17, 2005, at 9:00 a.m. Counsel for the defendants appeared for the conference. No one appeared on behalf of the plaintiff. The **pretrial conference is <u>reset</u> to THURSDAY, JUNE 30, 2005, AT 9:30 A.M.** Failure of plaintiff's counsel to appear may result in the dismissal of this case for failure to prosecute.

It is so ORDERED this 17th day of June, 2005.

                                 SAMUEL H. MAYS, JR.
                                 UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 6-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 34 in case 2:04-CV-02001 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

William C. Bateman
BATEMAN GIBSON & CHILDERS
65 Union Ave.
Ste. 1010
Memphis, TN 38103

Edward D. Lamar
HENDERSON DANTONE
P.O. Box 778
Greenville, MS 38702--077

Frank J. Dantone
HENDERSON DANTONE
P.O. Box 778
Greenville, MS 38702--077

Scott B. Peatross
BATEMAN GIBSON & CHILDERS
65 Union Ave.
Ste. 1010
Memphis, TN 38103

Allan B. Thorp
THORP FONES & FRULLA, PLC
5668 S. Rex Rd.
Second Floor
Memphis, TN 38119

Melissa A. Maravich
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103--221

Ernest Lane
THE LANE LAW FIRM
613 Main St.
Greenville, MS 38702--185

Honorable Samuel Mays
US DISTRICT COURT