IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL 15 PM 4:15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

AMERICAN COMMERCIAL BARGE
LINE, LLC,

    Plaintiff,

VS.                            NO. 04-2001-MaP

FLEISCHMANN'S YEAST, INC., ET AL.,

    Defendant/Third Party Plaintiff,

VS.

MEMPHIS MARINE SERVICE, INC.,

    Third Party Defendant.

ORDER AMENDING SCHEDULE

    Pursuant to the May 25, 2005, joint motion filed by the parties to reset the trial and extend deadlines in this matter, the court held a status conference on June 30, 2005. Attending on behalf of the plaintiff was Frank Dantone. Participating on behalf of the defendants were Scott Peatross, William Bateman, and Allan Thorp. For good cause shown, the court grants the motion and amends the schedule as follows:

1.    The deadline for completing private mediation is October 1, 2005.

2.    The deadline for completing discovery is November 1, 2005.

3. The deadline for filing potentially dispositive motions is December 2, 2005.
4. The parties will submit a proposed joint pretrial order by 4:30 p.m. on February 3, 2006.
5. A pretrial conference will be held on Friday, February 10, 2006, at 10:30 a.m.
6. The non-jury trial is **reset** to Tuesday, February 21, 2006, at 9:30 a.m. and is expected to take 5 days.

Absent good cause, the amended schedule set by this order will not be modified or extended.

So ORDERED this 15th day of July, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 37 in case 2:04-CV-02001 was distributed by fax, mail, or direct printing on July 18, 2005 to the parties listed.

---

William C. Bateman
BATEMAN GIBSON & CHILDERS
65 Union Ave.
Ste. 1010
Memphis, TN 38103

Scott B. Peatross
BATEMAN GIBSON & CHILDERS
65 Union Ave.
Ste. 1010
Memphis, TN 38103

Melissa A. Maravich
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103--221

Ernest Lane
THE LANE LAW FIRM
613 Main St.
Greenville, MS 38702--185

Edward D. Lamar
HENDERSON DANTONE
P.O. Box 778
Greenville, MS 38702--077

Frank J. Dantone
HENDERSON DANTONE
P.O. Box 778
Greenville, MS 38702--077

Allan B. Thorp
THORP FONES & FRULLA, PLC
5668 S. Rex Rd.
Second Floor
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT