IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 15 PM 4: 18

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF MEMPHIS

AMERICAN COMMERCIAL BARGE LINE, LLC,

    Plaintiff,

vs.

No. 04-2001 MA-P

FLEISCHMANN'S YEAST, a division
of Burns Philp Food, Inc.,

    Defendant and Third-Party Plaintiff,

and

WESTWAY TRADING CORP.,

    Defendant and Third-Party Plaintiff,

and

WESTWAY TRADING CORP.,

    Third-Party Plaintiff,

vs.

MEMPHIS MARINE SERVICE, INC.,

    Third-Party Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter having come on the Joint Motion of American Commercial Barge Line, LLC, Fleischmann's Yeast, and Westway Trading Corp., that their claims be dismissed with prejudice, and the Court having heard the statements of counsel and being advised in the premises, does hereby Order and Adjudge that their claims be, and the same is hereby, dismissed with prejudice, each party to bear its own costs.

ORDERED, ADJUDGED AND DECREED, this 14th day of December, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 12-16-05

39

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:04-CV-02001 was distributed by fax, mail, or direct printing on December 16, 2005 to the parties listed.

---

Scott B. Peatross
BATEMAN GIBSON & CHILDERS
65 Union Ave.
Ste. 1010
Memphis, TN 38103

Edward D. Lamar
HENDERSON DANTONE
P.O. Box 778
Greenville, MS 38702--077

Melissa A. Maravich
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103--221

Frank J. Dantone
HENDERSON DANTONE
P.O. Box 778
Greenville, MS 38702--077

William C. Bateman
BATEMAN GIBSON & CHILDERS
65 Union Ave.
Ste. 1010
Memphis, TN 38103

Allan B. Thorp
THORP FONES & FRULLA, PLC
5668 S. Rex Rd.
Second Floor
Memphis, TN 38119

Ernest Lane
THE LANE LAW FIRM
613 Main St.
Greenville, MS 38702--185

Honorable Samuel Mays
US DISTRICT COURT