UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC 20  PM 1:59

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

AMERICAN COMMERCIAL BARGE LINE, LLC,

    Plaintiff,

v.

FLEISCHMANN'S YEAST, a division of
Burns Philp Food, Inc.,

    Defendant/Third Party Plaintiff,

v.

WESTWAY TRADING CORP.,                        Cv. No. 04-2001-Ma

    Defendant/Third-Party Plaintiff,

v.

MEMPHIS MARINE SERVICE, INC.,

    Third-Party Defendant.

## JUDGMENT

    Decision by Court.  This action came for consideration before
the Court.  The issues have been duly considered and a decision has
been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed in
accordance with the Order of Dismissal with Prejudice, docketed
December 16, 2005.  Each party shall bear its own costs.

**APPROVED:**

_____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

December 20, 2005
_____
DATE

THOMAS M. GOULD
_____
CLERK

_____
(By) DEPUTY CLERK

12-20-05

40

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:04-CV-02001 was distributed by fax, mail, or direct printing on December 22, 2005 to the parties listed.

---

William C. Bateman
BATEMAN GIBSON & CHILDERS
65 Union Ave.
Ste. 1010
Memphis, TN 38103

Melissa A. Maravich
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103--221

Frank J. Dantone
HENDERSON DANTONE
P.O. Box 778
Greenville, MS 38702--077

Allan B. Thorp
THORP FONES & FRULLA, PLC
5668 S. Rex Rd.
Second Floor
Memphis, TN 38119

Ernest Lane
THE LANE LAW FIRM
613 Main St.
Greenville, MS 38702--185

Scott B. Peatross
BATEMAN GIBSON & CHILDERS
65 Union Ave.
Ste. 1010
Memphis, TN 38103

Edward D. Lamar
HENDERSON DANTONE
P.O. Box 778
Greenville, MS 38702--077

Honorable Samuel Mays
US DISTRICT COURT